**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Mehdi Cherkaoui

v.                                                                     Case Number: 4:26−cv−01675

Ken Paxton, et al.

---

**NOTICE OF HEARING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Injunction Hearing set for 3/13/2026 at 01:30 PM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: March 9, 2026

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk
