# Exhibit 1

# VERIFICATION

STATE OF TEXAS §

§

COUNTY OF TRAVIS §

I, Murl E. Miller, declare as follows:

1. "My name is Murl E. Miller. I am over 18 years of age, of sound mind, and can make this verification. The facts in this verification are within my personal knowledge and are true and correct."

2. "I am Chief Counsel for General Litigation and Anti-Fraud Coordinator for the Texas Comptroller of Public Accounts."

3. "The factual allegations in Defendants' Response in Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order Pursuant to Fed. R. Civ. P. 65(b) are within my personal knowledge, relayed to me by individuals with knowledge of factual allegations, or based on a review of information available at the time this pleading was filed."

4. "In addition to all factual allegations within the aforementioned response, pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct:

    I. The Texas Education Freedom Account (TEFA) program, established by SB 2 in 2025, is a $1 billion initiative providing Education Savings Accounts (ESAs) for private school tuition, tutoring, and educational materials. For the 2026-27 school year, families may receive $10,474 for a child that attends a participating private school, with up to $30,000 for a child with disabilities who attends a participating private school. Participating families may receive $2,000 annually for a child that is in another setting, including homeschool.

    II. Applications for the TEFA program for the 2026–27 school year opened on February 4, 2026, at 9:00 a.m. Central Time.

    III. The deadline for student applications to be filed on the state's Odyssey platform for the TEFA program for the 2026–27 school year is 11:59 p.m. Central Time on March 17, 2026.

    IV. As of today, March 10, 2026, more than 160,000 families have applied for education savings accounts under the TEFA program.

    V. Because the current number of student applications exceeds the available funding, pursuant to Texas Education Code Section 29.356(b), the students admitted to the TEFA program will be selected

by lottery from the applicant pool in accordance with the statutory criteria. Applicants are placed in 5 different "pools" based on disability and income. Tier 1 is children with a disability and household income not exceeding 500% of the Federal Poverty Level (FPL). While applications will continue to be submitted through March 17, based on the current number of applicants, it appears that all these applicants will be approved and will not be subject to the lottery. Tier 2 is household income not exceeding 200% of FPL. Currently, all these applicants may be funded and not subject to the lottery. It is also possible that there will not be funding for all the students in Tier 3 (household income greater than 200% of FPL but less than 500% of FPL), and approvals will be subject to a lottery. If this is the case, then none of the students in Tier 4/5 would be funded. They will be placed in a lottery simply to determine their position on the waitlist. None of the eligible applicants are entitled to participate in the TEFA program and receive state funds until they are notified that they have been selected under the lottery results beginning in April 2026, and thousands of eligible applicants will not be selected to participate due to the exhaustion of available funding.

VI. All applicants who have timely and properly filed the required information on the state's Odyssey platform may be included in the lottery, subject to the qualifications stated in paragraph V above, regardless of whether a school has been selected on their application, because parents can update their student's educational plan by selecting one of the eligible schools on or before July 15, 2026. Currently, over 30,000 families have filed TEFA applications without making a school selection.

VII. Texas Education Code Section 29.358(b)(2) creates a presumption, subject to comptroller verification under Texas Education Code Section 29.358(d), that a private school is eligible for pre-approval if it is accredited by an organization recognized by the Texas Private School Accreditation Commission (TEPSAC), including those reflected in TEPSAC's Texas School Directory, or the Texas Education Agency.

VIII. TEPSAC is tasked with ensuring quality in private schools by monitoring and approving organizations that accredit the various non-public elementary and secondary educational institutions in the state of Texas. Since 1986, the Texas Education Agency, through the Commissioner of Education, has recognized TEPSAC's accreditation responsibilities for its affiliated non-public schools and associations.

IX. During the private school verification and approval process, the Comptroller's office has determined that it cannot rely upon the TEPSAC Directory to verify a private school's eligibility for preapproval, nor can it rely upon the representations made to TEPSAC

by the organizations that accredit the non-public elementary and secondary education institutions.

X. To provide a few examples: Excel High School was listed by TEPSAC as being accredited by Cognia, signifying that the school meets or exceeds rigorous standards of educational quality and effectiveness, which is required to be included in the Directory. On January 26, 2026, the Comptroller's office directed Odyssey to send Excel the link to be included as a participating school on the Odyssey platform. Approximately one month later, on February 27, 2026, Cognia informed Odyssey that Excel High School had to be removed from the Odyssey platform because Cognia had not completed a final site visit, a critical element of accreditation. Further, eight Fusion Academy schools (grades 4-12) were included on TEPSAC's Directory based on their Cognia accreditations listed from 2015-2022. On February 6, 2026, the Comptroller's office directed Odyssey to send all eight Fusion Academy schools the link to be included on the Odyssey platform. On February 9, Cognia informed Odyssey and the Comptroller's office that the eight Fusion Academy schools also had never had their final site visit to qualify for Texas accreditation and were pulled off TEPSAC. Additionally, Odyssey informed the Comptroller's office that the Middle States Association Commissions on Elementary and Secondary Schools reported they were in the process of accrediting four public, private and faith-based schools that would be completed in April 2026, but all four schools have already been uploaded and included in TEPSAC's Directory.

XI. The Comptroller's office, under its authority to establish and administer the TEFA program under Texas Education Code Section 29.352, and its duty to find facts bearing on the non-public schools' eligibility, has determined that it must independently verify the accreditation of the remaining approximately 700 non-public schools seeking admittance into the program.

XII. The Houston Qur'an Academy Spring school is listed as accredited by Cognia. This school's application is still under review, along with many other applications from organizations for designation as a TEFA-participating program.

XIII. Pursuant to Texas Education Code Section 29.358(a), the Comptroller allows submission of school applications on a rolling basis. Reviews of applications for non-public school designation as a TEFA-participating program are still ongoing.

XIV. The TEFA program school application process does not include questions concerning the religious affiliation of any school seeking admission into the program. Thus, the Comptroller's office has no way to ascertain from the school applications whether they are affiliated with a specific religion.

XV. All applications from schools, whether religious or non-religious, are subject to evaluation for full compliance with Texas Education Code Section 29.358, including subsection (h)."

5. "The defendants' grounds for denying the relief requested are set forth in the response in opposition."

_____
Murl E. Miller
Chief Counsel for General Litigation
Anti-Fraud Coordinator
Texas Comptroller of Public Accounts


BEFORE ME, Murl E. Miller personally appeared, and he is known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS 10th day of March _____, 2026.

_____
NOTARY PUBLIC, STATE OF TEXAS

My Commission Expires 11/30/2029

VICKIE L MATHEWS
Notary Public, State of Texas
Notary without Bond
Comm. Expires 11/30/2029
Notary ID 5496849